**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| Case No: | 13-33543　　BJH　　Judge: BARBARA J. HOUSER - DALLAS | Trustee Name: ROBERT YAQUINTO, JR., TRUSTEE |
| Case Name: | STRAIGHT LINE AUTOMOTIVE GROUP, LLC | Date Filed (f) or Converted (c): 07/13/13 (f) |
| | | 341(a) Meeting Date: 08/21/13 |
| For Period Ending: | 12/31/16 | Claims Bar Date: 01/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - STATE BANK & TRUST<br>　ACCT. 112012521 | 93,258.21 | 93,258.21 | | 0.00 | FA |
| 2. C.D. - STATE BANK & TRUST<br>　* stay lifted and bank foreclosed on CD | 1,000,000.00 | 1,000,000.00 | | 0.00 | FA |
| 3. TEXAS STAR BANK<br>　CONTROLLED BY GREG DUNCAN - ACCOUNT NO. UNKNOWN | Unknown | 1,000.00 | | 0.00 | 1,000.00 |
| 4. INTEREST IN INS POLICY-FLOOR PLAN GARAGE POLICY<br>　KEVIN SMITH INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 5. INTEREST IN PARTNERSHIP/JOINT VENTURES<br>　RELATIONSHIP WITH PARK PLACE MOTORS, LLC AND/OR GREG DUNCAN AND/OR FREEWOOD GROUP, LLC MAY HAVE CONSTITUTED UNDER TEXAS LAW A TYPE OF ORAL PARTNERSHIP OR JOINT VENTURE (FACTS TO BE PROVIDED TO TRUSTEE) | Unknown | 0.00 | | 0.00 | FA |
| 6. OTHER CONTINGENT/UNLIQUIDATED CLAIMS<br>　CLAIMS AGAINST PARK PLACE MOTORS, LLC; GREG DUNCAN/ FREEWOOD GROUP, LLC/ AND WILLIAM DUNCAN MAY EXIST (FACTS RELATED TO POTENTIAL CLAIMS TO BE PROVIDED TO TRUSTEE) | Unknown | 1,000.00 | | 5,000,000.00 | FA |
| 7. LICENSES/FRANCHISES/OTHER GENERAL INTANGIBLES<br>　DEALER LICENSE AND FINANCE LICENSE P54253TXDOT<br>　STRAIGHT LINE HAS NO CAR TITLES IN ITS POSSESSION | 0.00 | 0.00 | | 0.00 | FA |
| 8. CUSTOMER LISTS<br>　LISTS HAVE NOT BEEN TABULATED OR CREATED BUT INFORMATION TO CREATE SUCH LIST EXISTS IN THE BOOKS AND RECORDS OF COMPANY | Unknown | 0.00 | | 0.00 | FA |

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 19.06c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Case No:　　13-33543　　BJH　　Judge: BARBARA J. HOUSER - DALLAS　　　　Trustee Name:　　ROBERT YAQUINTO, JR., TRUSTEE
Case Name:　　STRAIGHT LINE AUTOMOTIVE GROUP, LLC　　　　　　　　　　　　 Date Filed (f) or Converted (c):　07/13/13 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 341(a) Meeting Date:　08/21/13
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Claims Bar Date:　01/15/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. OFFICE EQUIPMENT/FURNISHINGS/SUPPLIES | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8 DESKS; 8 COMPUTERS; 8 CHAIRS; COPIER (LEASED) ALL OFFICE FURNITURE AT 2727 NORTHAVEN RD., DALLAS, TX | | | | | |
| 10. MACHINERY | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 4 POST LIST; POWER WASHER; MISCELLANEOUS TOOLS | | | | | |
| 11. INVENTORY | 980,000.00 | 980,000.00 | OA | 0.00 | FA |
| 2013 CADILLACE CTS | | | | | |
| 2008 CADILLACE ESCALADE | | | | | |
| 2007 CHEV CORVETTE | | | | | |
| 2009 CHEV CORVETTE | | | | | |
| 2012 CHRYSLER 200 | | | | | |
| 2011 DODGE CHALLENGER | | | | | |
| 2013 FORD F150 | | | | | |
| 2013 GMC SIERRA | | | | | |
| 2013 JEEP WRANGLER | | | | | |
| 2007 LAMBORGHINI GALLARDO | | | | | |
| 2003 LEXUS GX470 | | | | | |
| 2010 LINCOLN NAVIGATOR | | | | | |
| 2005 MASERATI QP | | | | | |
| 2008 MBZ CL5550 | | | | | |
| 2010 MBZ 550 | | | | | |
| 2012 MBZ SLS | | | | | |
| 2013 MITS EUO | | | | | |
| 2005 PORSCHE Q4 | | | | | |
| 2010 TOYOTA PRIUS | | | | | |
| 2012 VOLVO S60 | | | | | |
| 2002 BENTLEY AMAGE | | | | | |

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 19.06c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| Case No: | 13-33543 | BJH | Judge: BARBARA J. HOUSER - DALLAS | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | STRAIGHT LINE AUTOMOTIVE GROUP, LLC | | | Date Filed (f) or Converted (c): | 07/13/13 (f) |
| | | | | 341(a) Meeting Date: | 08/21/13 |
| | | | | Claims Bar Date: | 01/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. FUNDS RECEIVED FROM FORMER TRUSTEE (u) | 0.00 | 230.35 | | 230.35 | FA |
| 13. FUNDS FROM NEXBANK (u) | 0.00 | 2,571.05 | | 2,571.05 | FA |
| 14. REFUND - PARAMOUNT ACCEPTANCE CORP (u) | 0.00 | 652.76 | | 652.76 | FA |
| 15. REFUND FROM TX COMPTROLLER (u) | 0.00 | 8,172.86 | | 8,172.86 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,078,258.21 | $2,091,885.23 | | $5,011,627.02 | $1,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SETTLEMENT WITH PARK PLACE. COMPLAINT FILED AGAINST TEXAS STAR BANK AND NO ANSWER FILED. INFORMAL DISCOVERY TAKING PLACE. ANTICIPATED SETTLEMENT NEGOTIATIONS. CLAIMS REVIEWED. INTERIM DISTRIBUTIONS MADE TO UNSECURED CREDITORS. ACCOUNTANT EMPLOYED. ESTIMATED DATE OF CLOSING IS 06/30/2017.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 06/30/17

LFORM1    Ver: 19.06c